In the Matter of Charles Hentschel, Jr., an Attorney.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Lawrence Jacob, as Sole Surviving Trustee, etc., Respondent, v. The Town of Oyster Bay and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Francesco Pensabene, as Administrator, etc., Respondent, v. F. & J. Auditore Company, Appellant.— Motion for leave to appeal to the Court of Appeals from the interlocutory judgment denied without prejudice to any motion that the appellant may make to modify the order so as to provide that the costs shall abide the event. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Frank Smith, Appellant, Impleaded with Others.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ. Order to be settled before the presiding justice.

The People of the State of New York, Plaintiff, v. John Wilmer, Defendant.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Richmond Sales Company, Appellant, v. William H. Morris, etc., Respondent.— Motion to dismiss appeal granted, with costs and disbursements, unless appellant stipulate to incorporate in the printed papers the indorsement on the justice's return, made by the county judge, "Judgment affirmed, with costs." Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Wilbur B. Wood and Others, Respondents, v. Charles C. Wise and Others, Appellants.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ. Settle order before Mr. Justice Rich.

Joseph Ashley, Appellant, v. The Erie Railroad Company, Respondent. — Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

James Corso, as Administrator, etc., of Amelia Corso, Deceased, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the evidence presented questions of fact for the determination of the jury. (*Pelletreau* v. *Metropolitan Street R. Co.*, 74 App. Div. 192; affd. without opinion, 174 N. Y. 503; *Stevens* v. *Union R. Co.*, 75 App. Div. 602; affd., 176 N. Y. 607; *Stone* v. *Dry Dock, etc., R. R. Co.*, 115 id. 104; *Serano* v. *N. Y. C. & H. R. R. R. Co.*, 188 id. 156, 165.) Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.